(MM/eg USAO #2024R00309)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

CHASE WILLIAM MULLIGAN

*Defendant*

Case No. TDC24CR331

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHASE WILLIAM MULLIGAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)          Production of Child Pornography
18 U.S.C. § 2252A(a)(5)(B)   Possession of Child Pornography

Date: November 14, 2024

*Issuing officer's signature*

City and state:   Greenbelt, Maryland

Honorable Gina L. Simms, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/2024, and the person was arrested on *(date)* 11/18/2024
at *(city and state)* Fairfax, Virginia.

Date: 11/18/2024

*Arresting officer's signature*

Emily Brown, Special Agent
*Printed name and title*